JOSEPH NOVIELLO, Respondent, v. CORAL DRINKS, INC., et al., Appellants, et al., Defendants.—

On this record it does not appear that the Justice of Special Term abused his discretion in denying the motion upon the condition stated. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT H. FISH, Appellant.—

No opinion. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED GRILLO, Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. HUNNICUTT, Appellant.—

In our opinion, this defendant did not have a fair trial. The prosecutor's constant reference to 35 photographs allegedly found in defendant's automobile but not admitted in evidence, was improper and prejudicial, as were the prosecutor's comments with respect to the defendant's failure to testify at the felony examination held on October 19, 1959. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.